B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois (Chicago)

In re Judy Plopa                              ,           Case No. 17-24278

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Bill Me Later, Inc., as Servicer for Synchrony Bank | Comenity Capital Bank |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
   SYNCHRONY BANK
   c/o Weinstein & Riley, P.S.
   2001 Western Ave, Ste 400
   Seattle, WA 98121
Phone: (877) 332-3543
Last Four Digits of Acct #: 1128

Court Claim # (if known): 4
Amount of Claim: $1,539.15
Date Claim Filed: December 6, 2017

Phone:
Last Four Digits of Acct. #: 1128

Name and Address where transferee payments should be sent (if different from above):
   SYNCHRONY BANK
   c/o Weinstein & Riley, PS
   PO Box 3978
   Seattle, WA 98124-3978
Phone: 877-332-3543
Last Four Digits of Acct #: 1128

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/EVAN L. MOSCOV,                              Date: March 20, 2019
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## CERTIFICATE OF SERVICE

      I hereby certify, under penalty of perjury pursuant to 28 U.S.C. Sec. 1746, that a true and correct copy of the Transfer of Claim Other Than for Security was served on the following parties by electronic service via the Court's ECF filing system or by first-class mail on March 20, 2019:

| Trustee via E-Filing | Debtors' Counsel via E-Filing |
|---|---|
| TOM VAUGHN | DAVID M SIEGEL |
| ecf@tvch13.net | davidsiegelbk@gmail.com |
| | |
| | U.S. Trustee via E-Filing |
| | U.S. Trustee |
| | USTPRegion11.ES.ECF@usdoj.gov |

/s/ EVAN L. MOSCOV,
EVAN L. MOSCOV,