UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RE: LESZEK PLOPA<br>JUDITH A PLOPA<br>　　　　　　Debtors | ) Case No. 17 B 24278<br>)<br>) Chapter 13<br>)<br>) Judge: JACK B SCHMETTERER |

## NOTICE OF MOTION

LESZEK PLOPA　　　　　　　　　　　　　　　　　　DAVID M SIEGEL
JUDITH A PLOPA　　　　　　　　　　　　　　　　　　via Clerk's ECF noticing procedures
1591 COVE DRIVE #186D
PROSPECT HEIGHTS, IL 60070

Please take notice that on November 25, 2020 at 10:00 am., I will appear before the Honorable Judge JACK B SCHMETTERER or any judge sitting in the judge's place, present the motion set forth below.

**This motion will be presented and heard electronically using AT&T Teleconference.**
No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must call this toll-free number: <u>1-877-336-1839</u>. Then enter access code <u>3900709</u> followed by the pound (#) sign.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E Monroe St., Chicago, IL 60603 or by the methods indicated on October 19, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Tom Vaughn

## TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO TURNOVER
## TAX RETURN TO TRUSTEE

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1. On August 14, 2017 the Debtors filed a petition and/or plan under Chapter 13 of Title 11 U.S.C.

2. The debtor's plan confirmed on January 03, 2018, provided for tax returns to be turned over to the trustee each year.

3. The trustee has not received the tax return or transcript for 2019.

WHEREFORE, the Trustee prays that this case be dismissed for material default by the debtor with respect to a term of a confirmed plan, pursuant to § 1307 (c) (6).

　　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

TOM VAUGHN
CHAPTER 13 TRUSTEE　　　　　　　　　　　　　　　　/s/ Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900